**Order entered March 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00360-CV

### IN RE CARLA ROBINSON, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-02-06685-T**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.   We **ORDER** that relator bear the costs of this original proceeding.

/s/　　KERRY P. FITZGERALD
　　　　JUSTICE